ORIGINAL

OA 91 Criminal Complaint

# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

FILED
APR 29 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Jason Dunlap

CRIMINAL COMPLAINT

Case Number: 3 10 70359

NJV

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state that the following is true and correct to the best of my knowledge and belief. On or about April 28, 2010 in San Francisco County, in the Northern District of California defendant(s) did,
(Track Statutory Language of Offense)

commit bank robbery by force or violence with a dangerous weapon, to wit: the defendant did by force or by intimidation, take or attempt to take, from the person or presence of another, or obtain or attempt to obtain by extortion any property or money or any other thing of value belonging to, or in the care, custody, control, management, or possession of, any bank, credit union, or any savings and loan association; and in the course of so doing the defendant did assault any person, or put in jeopardy the life of any person, by the use of a dangerous weapon or device

in violation of Title 18 United States Code, Section(s) 2113(a) & (d).

The maximum penalties for this offense are: 25 years imprisonment; a $250,000 fine; 3 years supervised release; a $100 special assessment; and restitution

I further state that I am a(n) Special Agent, Federal Bureau of Investigation and that this complaint is based on the following facts:

See attached Affidavit in Support of Complaint, incorporated herein.

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Approved As To Form: _Kathryn R. Haun, Assistant U.S. Attorney_
AUSA

FBI Special Agent Richard G. Anderson
Name/Signature of Complainant

Sworn to before me and subscribed in my presence,

_5/29/10_ at San Francisco, California
Date                                                City and State

U.S. Magistrate Judge Nandor Vadas
Name & Title of Judicial Officer                    Signature of Judicial Officer

### AFFIDAVIT OF SPECIAL AGENT RICHARD G. ANDERSON IN SUPPORT OF CRIMINAL COMPLAINT

I, Richard G. Anderson, being duly sworn, depose and state as follows:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been employed in that capacity for approximately twenty years. My primary responsibility is the investigation of violent crimes, including bank robberies.

2. This affidavit is made in support of an application for a criminal complaint against Jason Erik Edward Dunlap for violation of 18 U.S.C. §§ 2113(a) and (d), which prohibits armed bank robbery. The information contained in this affidavit is based either on my own personal knowledge or on information provided to me by other law enforcement agents and officers unless otherwise specified. Not all facts known to me are necessarily contained in this affidavit. The affidavit is limited to the facts relevant and necessary to establish probable cause for the requested criminal complaint.

3. As detailed in further paragraphs below, there is probable cause to believe that on Wednesday, April 28, 2010, at approximately 3:40 p.m., Dunlap entered the Borel Private Bank & Trust Company located at 433 California Street, in San Francisco, California, within the Northern District of California, and immediately vaulted the teller counter, grabbing a bank employee and placing a large hunting knife to the employee's throat. Dunlap demanded United States currency from other bank employees, threatening to kill the employee he held hostage with the knife if they did not comply. Dunlap was arrested on April 28, 2010 approximately three hours after the armed bank robbery driving a stolen vehicle bearing New York State license plates. Dunlap was interviewed on April 28, 2010 and advised of his Miranda Rights, which he waived. During that interview, Dunlap admitted to robbing the institution and to being the person depicted in the bank surveillance photographs that were taken during the robbery. Found within the stolen vehicle were with previously-recorded (also known as "bait") bills taken during the armed bank robbery of the Borel Private Bank & Trust Company, 433 California Street, San Francisco, California on April 28, 2010. Also located in the vehicle were a large black hunting knife and a

AFFIDAVIT OF RICHARD G. ANDERSON IN SUPPORT
OF CRIMINAL COMPLAINT                                      1

jacket.

4. On Wednesday April 28, 2010, at approximately 3:40 p.m., a lone black male, hereinafter referred to as the robber, entered the Borel Private Bank & Trust Company (the "institution") located at 433 California Street in San Francisco, California and approached the teller counter. The robber immediately vaulted the counter and grabbed a bank employee and placed a large knife to the employee's throat as she sat in her chair. The robber then wheeled the employee, as she sat in her chair, towards other bank employees while still holding the knife to the employee's throat. The robber then stated words to the effect of "Give me your hundred dollar bills! Give me all of your money or I will kill her!" Another bank employee pleaded with the robber not to hurt the teller the robber was holding hostage and complied with the robber's demand, handing the robber United States currency from a teller drawer. The robber then demanded additional monies and he opened a second teller drawer himself, removing additional United States currency. The robber placed the money into his jacket pockets and re-vaulted the counter, running out of the bank onto California Street.

5. The institution sustained a loss of $1,100.00. On the day of the robbery, the deposits of the institution were insured by the Federal Deposit Insurance Corporation (FDIC), and thus the institution is a "bank" under the applicable federal statute.

6. Victims and witnesses to the robbery described the robber as a light skinned black male, between his late 20s and 35 years of age, approximately 5'8" – 5'10" in height, weighing between 170-185 pounds, and having a thin moustache and side burns. The robber was also described as wearing a black jacket with red or white Adidas style stripes, a black baseball cap and blue jeans. The knife was described as a large black or silver hunting knife, approximately 12" in length and possibly having a serrated edge.

7. While the robbery occurred, video surveillance cameras were in operation at the institution. Color video photographs of good quality were obtained from the continuously running video that recorded the events during the robbery. The photographs depict a black male wearing a dark sports jacket with three (3) vertical stripes along the sleeves, a dark baseball cap and blue

jeans. The robber is smiling as he is exiting the bank. The victims of the robbery identified the individual depicted in the bank surveillance footage as the person who robbed the bank on April 28, 2010.

8.  On Wednesday, April 28, 2010, immediately following the robbery of the Borel Private Bank & Trust Company, officers of the San Francisco Police Department (SFPD) and agents of the Federal Bureau of Investigation (FBI) responded to the institution and reviewed the surveillance camera video. Following a review of the video photographs, the individual depicted therein was recognized as Jason Erik Edward Dunlap, black male, date of birth February 14, 1978. Dunlap had been developed as a suspect in additional bank robberies in San Francisco, California committed during the time period of on or about March 2010 and continuing through on or about April 2010, each of them bearing the distinctive method of operation of holding a hostage with a knife to the throat as the robber demanded United States currency. Investigation related to the development of Dunlap as a suspect in this series of armed robberies yielded information that Dunlap was driving a white Chevrolet Monte Carlo bearing unknown New York State license plates, and was possibly in the company of a white female believed to be his girlfriend. The information regarding the possibility that Dunlap may still be driving the white Monte Carlo in the company of a white female was provided to officers of the San Francisco Police Department who responded to the robbery of the institution.

9.  On Wednesday, April 28, 2010 at approximately 7:11 p.m., two of the plain clothes officers from the SFPD who had responded to the armed robbery of the Borel Private Bank & Trust Company, 433 California Street in San Francisco, approximately 3 and ½ hours earlier, were on duty and traveling southbound on Van Ness Avenue in San Francisco. As they traveled on Van Ness Avenue, a white Chevrolet Monte Carlo bearing New York License Plate ARU-9693 pulled directly in front of their unmarked vehicle. Because the officers were aware that the suspect in the robbery of the Borel Private Bank & Trust Company was also suspected of driving a vehicle matching the description of the Monte Carlo, they requested a marked unit to effect a traffic stop of the vehicle for further investigation. The officers also provided the license plate to the San

AFFIDAVIT OF RICHARD G. ANDERSON IN SUPPORT
OF CRIMINAL COMPLAINT            3

Francisco Police Department radio dispatch for a records check. However, before any further action was taken, the vehicle pulled over into parking space on westbound Eddy Street at Van Ness Avenue. The radio dispatch officer broadcast the results of the license plate records check, indicating the vehicle was listed as a stolen vehicle. The plain clothes officers requested backup units and the occupants of the vehicle were subsequently detained. The occupants of the vehicle were identified as Jason Dunlap, black male, date of birth 02/14/1978 and Donnamaria Schuckers, white female, date of birth 08/30/1962. Dunlap and Schuckers were transported to the San Francisco Police Department Central Station pending further investigation. The white Monte Carlo was also taken to the SFPD Central Station for inventory.

10. On Wednesday, April 28, 2010, Jason Erik Edward Dunlap was interviewed at the SFPD Central Station. Prior to interview, Dunlap was advised of his Miranda Rights as per FBI form FD-395, which he acknowledged and signed. Dunlap was advised he was under arrest for the armed robbery of the Borel Private Bank & Trust Company, 433 California Street, San Francisco, California that occurred at approximately 3:40 p.m. on April 28, 2010. Dunlap admitted he was the person depicted in surveillance camera photographs printed after the robbery of the Borel Private Bank & Trust Company that day. Dunlap was asked to explain his actions and he replied "It's a long story. It went down for a parole thing and I was on the run." Dunlap also stated he was in a bad financial situation and in "survival mode" and that "today just happened," stating he just "needed to get it together." Dunlap looked down at the surveillance photos developed during the suspected robbery spree and stated "It's fucked up! I have no excuse!" Dunlap was then asked to provide additional details regarding his actions during the robbery of Borel Private Bank & Trust Company, as well as the location of some of the clothing he wore during the aforementioned suspected robbery spree earlier in the month. At that time, Dunlap stated he thought it would be better to speak with an attorney and at that point, the interview of Dunlap was terminated.

11. On Wednesday, April 28, 2010, Donnamaria Schuckers was interviewed at the SFPD Central Station. Prior to interview, Schuckers was advised of her Miranda Rights as per FBI Form FD-395, which she acknowledged and signed. Schuckers was advised she was being

detained in connection with the armed robbery of the Borel Private Bank & Trust Company that occurred at approximately 3:40 p.m. on April 28, 2010. Schuckers was advised that Dunlap is considered a suspect in the armed robbery. Schuckers stated she is unaware of any armed bank robbery and that she did not participate in any armed bank robbery. Schuckers was then presented with a series of photographs, including a surveillance camera photograph printed following the armed robbery of the Borel Private Bank & Trust Company earlier that day. Schuckers became emotional and stated she was angry at having been placed in danger by Dunlap. Schuckers positively identified Dunlap as the person depicted in the surveillance camera photograph printed following the armed robbery of the Borel Private Bank & Trust Company on April 28, 2010.

12. On April 28, 2010, an inventory search was conducted of the stolen Chevrolet Monte Carlo occupied by Dunlap and Schuckers at the time of their arrest and detention. Located within the vehicle were the following items: one black Adidas track suit jacket with three white stripes along the sleeves; one large black hunting knife with a 10" blade; and four "bait" bills taken during the armed robbery of the Borel Private Bank & Trust Company, 433 California Street, San Francisco, California on April 28, 2010.

//
//
//
//
//
//
//
//
//
//
//
//

AFFIDAVIT OF RICHARD G. ANDERSON IN SUPPORT
OF CRIMINAL COMPLAINT                  5

## CONCLUSION

13. Based upon the foregoing facts, there is probable cause to believe that Jason Erik Edward Dunlap, committed bank robbery by force or violence with a dangerous weapon. Specifically, there is probable cause to believe that Jason Erik Edward Dunlap did, by force or intimidation, take or attempt to take, from the person or presence of another, money or any other thing of value belonging to a bank, and in the course of so doing put in jeopardy the life of another person by the use of a dangerous weapon or device, all in violation of 18 U.S.C. §§ 2113(a) and (d).

RICHARD G. ANDERSON
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
this 29th day of April, 2010.

HON. NANDOR VADAS
United States Magistrate Judge