IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JASON E. DUNLAP,

    Defendant.
                                    /

No. CR 10-00400 WHA

**ORDER TO SHOW CAUSE**

     Defendant, represented by counsel, has moved to vacate, set aside, or correct his sentence. The motion and case files do not "conclusively show" that defendant is not entitled to relief. *See* 28 U.S.C. 2255. The government is **ORDERED TO SHOW CAUSE** within **SIXTY DAYS** why the motion should not be granted, if that is its position, and to file all portions of the record relevant to the motion. The Clerk shall **SERVE** this order on defendant and the United States. If the government opposes the motion, defendant shall have **THIRTY DAYS** from submission of the opposition to reply.

    **IT IS SO ORDERED.**

Dated: May 16, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE