STEVEN G. KALAR
Federal Public Defender
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     (415) 436-7700
Facsimile:     (415) 436-7706
E-Mail:        Steven_Kalar@fd.org

Counsel for Defendant Dunlap

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00400 WHA |
| Plaintiff, | DECLARATION AND MOTION TO FILE UNDER SEAL |
| v. | |
| JASON DUNLAP, | |
| Defendant. | |

I declare the following to be true under penalty of perjury:

1. I am the Federal Public Defender for the Northern District of California. Pursuant to the Court's Miscellaneous Order 2015.11.17, the Office of Federal Public Defender has been appointed to represent the defendant in the above-entitled matter;

2. Pursuant to this appointment, I am filing a motion to correct sentence under 28 U.S.C. § 2255 pursuant to the Supreme Court's decision in *Johnson v. United States*, 135 S.Ct. (2015);

3. Exhibit B to the motion for *Johnson* Section 2255 relief is the presentence report from the original criminal matter;

4. I declare that the presentence report contains confidential personal identification information and is a confidential record of the Court, *see* Crim. L.R. 32-7(a);

5. In my professional opinion it is necessary to file the presentence report under seal to protect the confidentiality of the material within;

6. I will provide a courtesy copy of Exhibit B, the Presentence Report, to the Office of the United States Attorney;

7. I accordingly move this Court to file the attached Exhibit B (Presentence Report) under seal.

                                                               Respectfully submitted,

Dated: May 13, 2016                STEVEN G. KALAR
                                          Federal Public Defender

                                            /S

                                            Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00400 WHA |
| Plaintiff, | **ORDER FILING UNDER SEAL** |
| v. | |
| JASON DUNLAP, | |
| Defendant. | |

For good cause shown Exhibit B of the movant's Section 2255 motion, the Presentence Report and recommendations, shall be filed under seal.

IT IS SO ORDERED.

May 16, 2016.
DATE

WILLIAM ALSUP
United States District Judge

*DUNLAP,* CR 10-00400 WHA
ORD FILING UNDER SEAL