IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JASON E. DUNLAP,<br><br>    Defendant.<br>_____/ | No. CR 10-00400 WHA<br><br>**ORDER REQUESTING RESPONSE FROM DEFENDANT** |

    The Court is in receipt of the government's motion to stay defendant's petition. Defendant is requested to state any objections to the requested stay by **JULY 12, 2016, AT 12:00 P.M.**

    **IT IS SO ORDERED.**

Dated: July 8, 2016.

                             WILLIAM ALSUP
                             UNITED STATES DISTRICT JUDGE