IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JASON E. DUNLAP,<br><br>    Defendant. | No. CR 10-00400 WHA<br><br>**ORDER EXTENDING DEADLINE FOR GOVERNMENT RESPONSE** |

The deadline for the government to respond to the petition is hereby extended until after resolution of the motion to stay. If the Court denies the motion to stay, the government shall respond to the petition within one week following the denial.

**IT IS SO ORDERED.**

Dated: July 11, 2016.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE