IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | CR 10-400-WHA |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL OF 28 U.S.C. § 2255 MOTION |
| v. | |
| JASON ERIK EDWARD DUNLAP, | |
| Defendants. | |

For good cause shown, Petitioner's motion for voluntary dismissal of his motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 is hereby **GRANTED**. All remaining deadlines and hearing dates are **VACATED**.

**IT IS SO ORDERED.**

DATED: March 21, 2017

_____
HONORABLE WILLIAM ALSUP
United States District Judge